# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SALDINGER, ) | No.  C 10-3147 SBA (PR) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| SANTA CRUZ COUNTY SUPERIOR COURT, ) | |
| Respondent. ) | |

    Good cause appearing, on motion of petitioner, it is hereby ordered that petitioner be permitted to file her traverse and supporting memorandum on or before November 8, 2010.

DATED: 9/30/10

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge