UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA ANN SALDINGER,<br><br>         Petitioner,<br><br>     vs.<br><br>SANTA CRUZ COUNTY SUPERIOR COURT,<br><br>         Respondent. | Case No: C 10-3147 SBA<br><br>**ORDER**<br><br>Docket 12, 13 |

On November 8, 2010 and November 22, 2010, Petitioner filed motions for an extension of time to file her traverse. Docket 12, 13. On November 24, 2010, Petitioner filed her traverse. The Court hereby GRANTS Petitioner's motion for an extension of time, and treats her traverse as timely filed. This Order terminates Docket 12 and 13.

IT IS SO ORDERED.

Dated: August 16, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge