1
2
3
4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA ANN SALDINGER,<br>　　　Petitioner,<br>　　vs.<br>SANTA CRUZ COUNTY SUPERIOR COURT,<br>　　　Respondent. | Case No: C 10-3147 SBA<br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: September 26, 2013

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge