UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA ANN SALDINGER,<br><br>    Petitioner,<br><br>    vs.<br><br>SANTA CRUZ COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No: C 10-3147 SBA<br><br>**JUDGMENT** |

   In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

   IT IS HEREBY ORDERED THAT judgment is entered in favor of Respondent.

   IT IS SO ORDERED.

Dated: September 26, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge